UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARROD MOTEN,<br><br>              Plaintiff,<br><br>   v.<br><br>OFFICE OF THE INSPECTOR GENERAL, *et al.*,<br><br>              Defendants. | 1:25-cv-00188-EPG (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 4)<br><br>AND<br><br>ORDER DIRECTING PAYMENT OF THE **REMAINDER** OF INMATE FILING FEE BY KERN VALLEY STATE PRISON |

        Plaintiff Sharrod Moten is confined at Kern Valley State Prison and is proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action by filing his complaint in the Central District of California on October 29, 2024, under the case number 2:24-cv-09419. (*See* docket). On November 18, 2024, Plaintiff filed a motion to *proceed in forma pauperis* (ECF No. 4), which the U.S. District Court for the Central District of California granted on December 2, 2024 (ECF No. 5). Pursuant to this order, the court for the Central District collected $102.67 (ECF Nos. 8, 10, 11, 12) between December 9, 2024 and February 5, 2025. At this time, the remaining fee balance is **$247.33.**

        On February 11, 2025, the case was transferred to the Eastern District of California. (ECF No. 13). Having reviewed Plaintiff's IFP application (ECF No. 4), this Court agrees that Plaintiff has made the showing required by § 1915(a) and his request to proceed *in forma pauperis* will be

granted in this district as well. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action, 28 U.S.C. § 1915(b)(1), **with credit given for the payments he already made** to the U.S. District Court for the Central District of California. Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to Plaintiff's trust account. The Kern Valley State Prison is required to send to the Clerk of the Court for the U.S. District Court for the **Eastern** District of California payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Accordingly, **IT IS ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 4) is **GRANTED**;
2. The Kern Valley State Prison or designee shall **STOP** collecting payments and sending them to the U.S. District Court for the Central District of California, Case No. 2:24-cv-09419.
3. **The Kern Valley State Prison or designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court for the Eastern District of California each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $247.33 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.**
4. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application (ECF No. 4) on Kern Valley State Prison 3000 West Cecil Avenue, Delano, CA 93216-6000.

\\\
\\\
\\\
\\\
\\\

5. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated:  **February 19, 2025**            /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE